UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SCOTT ADAMS, <br> (Social Security No. XXX-XX-2012), <br>         Plaintiff, <br>     v. <br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br>         Defendant. | 3:08-cv-64-WGH-DFH |

**FINAL JUDGMENT ENTRY**

For the reasons outlined in the Memorandum Decision and Order entered on this date, the final decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED** with each party to bear its own costs.

**Entered:** August 3, 2009

Laura Briggs, Clerk
U.S. District Court

By:_____
      Deputy Clerk

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

J. Michael Woods
WOODS & WOODS
mwoods@woodslawyers.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov